**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael FADEYI, Defendant–**
**Appellant.**

**No. 04–3647.**

United States Court of Appeals,
Seventh Circuit.

Aug. 23, 2005.

Nancy Miller, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Andrea E. Gambino, Gambino & Associates, Chicago, IL, for Defendant–Appellant.

Before EASTERBROOK, MANION, and EVANS, Circuit Judges.

### Order

On a limited remand under *Paladino* the district judge stated that additional discre-

tion under *Booker* would have affected the sentence. The United States has elected not to respond to this conclusion. Accordingly, the judgment of the district court is vacated, and the case is remanded for further proceedings consistent with *Booker* and *Paladino*.